## MICHAEL COLIHAN- ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788

Hon. Joan Azrack
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

June 15, 2006

RE: Walker v NYC CV-05-0004 (JMA)

Dear Judge Azrack:

    I represent the plaintiff in the above captioned action. As Your Honor will probably recall there was a repudiation of the settlement in this action by the plaintiff & the Court held a hearing on same several months ago where I testified. The Court issued a report & recommendation that the $7500.00 settlement be enforced & Judge Weinstein adopted your report & recommendation. I see that posted on ECF today there was a stipulation of settlement signed by Ms. Walker's new attorney, Ms. Hunter. Ms. Hunter had no part at all in the litigation & settlement of the matter for $7500.00; all the work was performed by myself. The Court noted as much in its report & recommendation & also stated that it felt the settlement was fair.

    It is for these reasons, and to avoid future litigation, that I ask the Court to direct the City to pay my fee directly to me. My retainer agreement provided that I receive one third of the net sum recovered. In this case that would be 33.3% of $7500.00 minus the expenses of $150.00 for the filing fee & $40.00 for service of process. My fee with expenses comes to $2626.00

    I thank the Court for its courtesy now & in the past.

MC/ll
cc: Lise Hunter, Esq.
    David Hazen

Very Truly Yours,

MICHAEL COLIHAN

*App. granted.*

Joan M. Azrack

USMJ 6/19/06